IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHYROME MAYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 6-912 |
| | ) |
| PITTSBURGH POLICE DEPT. ZONE #5. | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 28th day of Feb, 2006,

IT IS HEREBY ORDERED that the above captioned case is dismissed for failure to prosecute.

_____
Donetta W. Ambrose
Chief United States District Judge

cc:   All Parties of Record